■ CITY OF NEW YORK v 17 VISTA ASSOCIATES. [604 NYS2d 697] —Upon the Court's own motion, the unpublished order of this Court entered on September 14, 1993 (M-4132) is recalled and resettled and leave to appeal to the Court of Appeals is granted, as indicated. Concur—Carro, J. P., Rosenberger, Ellerin, Kupferman and Kassal, JJ.